UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-00001 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| WILLIAM DAVID FUTCH | * | MAG. JUDGE KAREN L. HAYES |

### REPORT AND RECOMMENDATION ON
### FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the defendant, this cause came before the undersigned U. S. Magistrate Judge on February 9, 2016, for waiver of indictment, administration of guilty plea and allocution of the defendant, William David Futch, under Rule 11 of the Federal Rules of Criminal Procedure. Defendant was present with his counsel, Mr. Val Salomon.

After said hearing, it is the finding of the undersigned that the defendant is fully competent, that his waiver of indictment and plea of guilty are knowing and voluntary, and his guilty plea to Counts One and Two of the Bill of Information are fully supported by an oral factual basis for each of the essential elements of the offenses. In addition, Defendant had agreed to cooperate in the forfeiture proceedings. Finally, both the government and the defendant have waived their right to object to the report and recommendation. Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the defendant, William David Futch, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that William David Futch be finally adjudged guilty of the offenses charged in Counts One and Two of the Bill of Information.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the customary delays.

In Chambers, at Monroe, Louisiana, this 9th day of February, 2016.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE