# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  16-0001 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| WILLIAM DAVID FUTCH | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, William David Futch, and adjudges him guilty of the offenses charged in Counts One and Two of the Bill of Information against him.

In Chambers, at Monroe, Louisiana, this 9th day of February, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE